# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

JOSEPH ELLIOTT BLEVENS
ADC #657560                                                                                          PLAINTIFF

v.                                    2:20-cv-00035-KGB-JJV

ROY WILLIAMS, III, Sergeant; and
LEDALE WILLIAMS, Corporal, EARU, ADC                                         DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Joseph Elliott Blevens ("Plaintiff"), who is a prisoner proceeding *pro se*, has filed this action under 42 U.S.C. § 1983 alleging Defendants used excessive force against him and denied him adequate medical care for his injuries. (Doc. 13.) On November 16, 2020, I granted Defendants' Motion to Compel Plaintiff to respond to their September 9, 2020 written discovery

requests, which included an Authorization to Disclose Health Information. (Docs. 33, 37.) I gave Plaintiff twenty-one (21) days to respond to the outstanding discovery, and cautioned him I would entertain a Motion to Dismiss this case if he failed to timely comply with my instructions. (Doc. 37.)

Defendants have filed a Motion to Dismiss declaring Plaintiff has not complied with my discovery Order within the allotted time and requesting this action be dismissed without prejudice. (Docs. 38, 39.) Plaintiff has not responded to the Motion to Dismiss, and the time to do so has expired. I find good cause for granting the Motion pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) and 41(b), and recommend the case be dismissed without prejudice. Plaintiff may cure this defect by immediately responding to Defendants' discovery requests and notifying the Court he has done so by filing written Objections to this Recommended Disposition that include copies of the discovery responses he has mailed directly to Defendants.

IT IS, THEREFORE, RECOMMENDED that:

1. Defendants' Motion to Dismiss (Doc. 38) be GRANTED, and this case be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 12th day of January 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE