# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JOSEPH ELLIOTT BLEVENS,**
ADC #657560                                                                                          **PLAINTIFF**

v.                             Case No. 2:20-cv-00035-KGB-JJV

**ROY WILLIAMS, III,**
Sergeant, EARU, ADC, *et al.*                                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 32). The time for objecting has passed, and plaintiff Joseph Elliott Blevens has not objected. After careful review, the Court adopts the Proposed Findings and Recommendations as its findings in all respects (Dkt. No. 32).

Therefore, the Court grants defendant Ledale Williams's motion for partial summary judgment (Dkt. No. 24). Mr. Willams is dismissed as a party to this lawsuit. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so ordered this 27th day of January, 2021.

                                                        Kristine G. Baker
                                                        United States District Judge