IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOSEPH ELLIOTT BLEVENS,
ADC #657560                                                                                          PLAINTIFF

v.                            Case No. 2:20-cv-00035-KGB-JJV

ROY WILLIAMS, III, Sergeant; and
LEDALE WILLIAMS, Corporal, EARU, ADC                                          DEFENDANTS

## ORDER

The Court has reviewed the recommend disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 42). Plaintiff Joseph Elliott Blevens has not objected, and the time to do so has passed. After careful review, the Court adopts the recommended disposition as its findings in all respects.

Therefore, the Court grants defendants Roy Williams, III, and Ledale Williams' motion to dismiss and dismisses without prejudice Mr. Blevens' claims (Dkt. No. 38). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3). The Court denies as moot Roy Williams' motion to stay deadlines (Dkt. No. 45).

So ordered this 6th day of August, 2021.

_____
Kristine G. Baker
United States District Judge