# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

| | |
|---|---|
| **JOSEPH ELLIOTT BLEVENS,** ADC #657560 | **PLAINTIFF** |
| v. | Case No. 2:20-cv-00035-KGB-JJV |
| **ROY WILLIAMS, III**, Sergeant; and **LEDALE WILLIAMS**, Corporal, EARU, ADC | **DEFENDANTS** |

## JUDGMENT

Pursuant to the Order entered this date and the Court's prior Orders, it is considered, ordered, and adjudged that plaintiff Joseph Elliott Blevens' claims are dismissed consistent with the terms of this Court's Orders.

So adjudged this 6th day of August, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge